CERTIFICATE NOTICE OF APPEAL
COUNTY COURT AT LAW NO. 11

COUNTY CLERK BEXAR CO.
2015 JUN 23 PM 2: 16

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/23/2015 2:29:37 PM
KEITH E. HOTTLE
Clerk

THE STATE OF TEXAS VS. Moreno Jr, Edward John    CAUSE NO. 441613

1. Has counsel for defendant filed a motion for new trial? _____ Yes X No

If so, date filed _____ Date motion granted/denied _____ Date new trial held _____

The defendant in this cause was convicted of the offense of DWI W/BAC 0.15 OR HIGHER

2. The Honorable Tommy Stolhandske presided at the trial.

3. The state was represented by: Matthew Kenneth Powell

4. The state is represented by: Krystal Garza

5. The defendant was represented by: Fernando Cortes

6. The defendant is represented by: _____

100 N SANTA ROSA #824
SAN ANTONIO, TX 78207-            210-381-0000      04844580
ADDRESS                            PHONE NO.    STATE BAR NO.

7. Defendant's counsel on appeal is:     Retained X Appointed _____ pro se_____

8. The trial was before the court:  A. Without a Jury _____
                                    B. A jury on guilt only X
                                    C. A jury on punishment only _____
                                    D. jury on both guilt and punishment _____

9. The sentence was imposed/suspended on 06/22/2015 at $1,250 Fine, Sup Fee $50, 80 hrs CSR, Dwi Ed, Dip Live, Atp Eval, I/I for 6 months, may purchase 1/2 of CSR W/ donation to Food Pantry.

10. Date written notice of appeal was filed 06/22/2015

11. Defendant is: in jail N/A Free on bond in the amount of $N/A.

12. Name and address of the court reporter who reported the evidence: Rosie Ibarra,      300 Dolorosa San Antonio, TX 78205

13. If two or more cases were tried together, the other cases that have been or may be appealed are: (Name and cause #) N/A
***************************************************************************************************

WITNESS MY HAND THIS THE 22 DAY OF JUNE, 2015.

_____
COURT REPORTER

GERARD RICKHOFF
CLERK OF COUNTY COURT AT LAW NO 11 BEXAR CO. TEXAS

BY DEPUTY _____

RECEIVED BY KEITH E HOTTLE, CLERK OF THE 4TH COURT OF APPEAL

## CAUSE NO. 441613

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE COUNTY COURT** |
| **VS.** | § | **AT LAW NO. 11** |
| **EDWARD MORENO** | § | **BEXAR COUNTY, TEXAS** |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Edward Moreno, Defendant in the above styled and numbered cause, and respectfully files this Notice of Appeal concerning appellate issues preserved for appeal after jury verdict of guilty.

Respectfully submitted,

Fernando Cortes
SBN: 04844580
111 N. Santa Rosa, #824
San Antonio, Texas 78207
(210) 381-0000
(210) 399-9444: Fax
Email: fcortes00@gmail.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Fernando Cortes, certify that a copy of the foregoing Notice of Appeal was sent to the Bexar County District Attorney's Office by hand delivery on June _22_, 2015.

Fernando Cortes

1

No. 44 16 13

STATE OF TEXAS                    §                    IN THE COUNTY COURT

VS                                §                    AT LAW # 11
Edward Mong                       §                    BEXAR COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (TEX. R. APP. P. 25.2(a)(2)(A)); (or)

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (TEX. R. APP. P. 25.2(a)(2)(B)); (or)

☐ is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐ is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's actions revoking the community supervision, but not the underlying conviction (TEX. CODE CRIM. PROC. 42.12 § 23); (or)

☐ is an adjudication of guilt following a deferred adjudication, and defendant has limited right of appeal (TEX. CODE CRIM. PROC. 42.12 § 5 (b));

☐ is a decision on the defendant's motion for forensic DNA testing, and the defendant has the right of appeal (TEX. CODE CRIM. PROC. 64.05);

☒ is one in which the defendant has waived the right of appeal.

_____                    6-10-15
Judge                                        Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgments and opinions to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review with the Texas Court of Criminal Appeals. TEX. R. APP. P. 68.2

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Defendant: _____

Mailing address:_____

Telephone Number:_____

Fax Number if any:_____

Defendant's Counsel:_____

State Bar of Texas ID No._____
Mailing Address:_____

Telephone Number:_____

Fax Number if any:_____

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

CERTIFIED COPY OF JUDGMENT OF CONVICTION ON PLEA OF NOT GUILTY, JURY TRIAL

COURT COST        FINE            TOTAL           CFTS
437.00            1,250.00        1,687.00
SUP FEE $50, DWI ED, DIP LIVE, ATP EVAL, IGNITION INTERLOCK 6 MTHS, 80HRS
CSR 1/2 MAY BE PURCHASED BY DONATION TO THE FOOD BANK                        1 YR IN JAIL

THE STATE OF TEXAS

VS

EDWARD JOHN MORENO

20 MTHS PROBATION

JUDGMENT        CAUSE NO.  441613

OFFENSE   DWI W/BAC 0.15 OR HIGHER

ON THE 10th of June, 2015, THE ABOVE ENTITLED AND NUMBERED CAUSE WAS CALLED.  THE STATE OF TEXAS APPEARED BY HER ASSISTANT CRIMINAL DISTRICT ATTORNEY, MATTHEW KENNETH POWELL.  THE DEFENDANT, EDWARD JOHN MORENO APPEARED IN PERSON AND BY COUNSEL, FERNANDO CORTES.

HAVING BEEN DULY ARRAIGNED, THE DEFENDANT ENTERED A PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN THE INFORMATION. THE TRIAL WAS BEFORE A JURY WHO, AFTER HEARING THE EVIDENCE SUBMITTED, THE CHARGE OF THE COURT, AND THE ARGUMENT OF COUNSEL THEREON, RENDERED A VERDICT AS FOLLOWS: GUILTY.

/S/ NESTOR ALEMAN
FOREMAN

THE DEFENDANT, IN ACCORDANCE WITH THE LAW, REQUESTED THE JURY ASSESS PUNISHMENT.  EVIDENCE WAS SUBMITTED, THE JURY WAS CHARGED BY THE COURT AND ON THE 10th of June, 2015 RENDERED A VERDICT AS FOLLOWS: 1YR/20 MTHS,DWI ED,DIP LIVE,ATP EVAL,II 6MTHS,$50S.F.,80HRS CSR

/S/ NESTOR ALEMAN
FOREMAN

IT IS FURTHER ORDERED BY THE COURT THAT THE STATE OF TEXAS DO HAVE AND RECOVER OF THE DEFENDANT THE SAID FINE HEREIN IMPOSED UPON HIS.  AND ALL COSTS OF THE PROSECUTION, FOR WHICH EXECUTION MAY ISSUE AGAINST THE PROPERTY OF SAID DEFENDANT; AND THAT THE DEFENDANT, BEING PRESENT IN COURT, BE COMMITTED TO JAIL, THERE TO REMAIN IN CUSTODY UNTIL SAID FINE AND ALL COSTS ARE PAID AND UNTIL HE SHALL HAVE FULLY SATISFIED AND DISCHARGED THE JUDGEMENT AND SENTENCE HEREIN IMPOSED UPON AS PROVIDED BY LAW.

ON THE 10th of June, 2015, THIS CAUSE AGAIN BEING CALLED, THE STATE APPEARED BY HER ASSISTANT CRIMINAL DISTRICT ATTORNEY, MATTHEW KENNETH POWELL.  THE DEFENDANT APPEARED IN PERSON AND REPRESENTED BY COUNSEL FERNANDO CORTES FOR THE PURPOSE OF HEARING ON SAID DEFENDANT'S APPLICATION FOR ADULT PROBATION.  THE COURT HAVING DULY CONSIDERED ALL THE MATTERS PRESENTED IS OF THE OPINION THAT PROBATION SHOULD BE GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT THE IMPOSITION OF SENTENCE (EXCEPT THAT PORTION THEREOF PERTAINING TO A FINE OF $1,250.00 AND COSTS OF PROSECUTION $437.00, WHICH IS HEREBY ORDERED EXECUTED) IS SUSPENDED. THE DEFENDANT IS HEREBY PLACED ON ADULT PROBATION FOR A TERM OF 20 MTHS EFFECTIVE ON THE  10th of June, 2015 AND CONDITIONED THAT THE DEFENDANT FULLY COMPLIES WITH AND ABIDES BY ALL THE TERMS OF PROBATION AS ARE CONTAINED IN THE ORDER GRANTING PROBATION, WHICH ORDER IS ATTACHED HERETO AND MADE A PART OF THIS JUDGMENT.

IT IS FURTHER ORDERED BY THE COURT THAT THE STATE OF TEXAS DO HAVE AND RECOVER FROM SAID DEFENDANT (THE FINE HERETOFORE IMPOSED AND) ALL COSTS OF PROSECUTION FOR WHICH EXECUTION MAY ISSUE.

THE COURT THEREUPON FULLY ADVISED THE DEFENDANT OF HIS APPELLATE RIGHTS.

AS IT APPEARING THAT THE DEFENDANT HAS BEEN IN JAIL, FROM THE TIME OF HIS ARREST AND CONFINEMENT ON THE FOLLOWING DATE(S): N/A   HE IS HEREBY GIVEN CREDIT ON THIS SENTENCE N/A   TO THE DATE OF THIS SENTENCE FOR THE TIME THE SAID DEFENDANT HAS SPENT IN JAIL IN SAID CAUSE.

IT IS FURTHER ORDERED BY THE COURT THAT THE STATE OF TEXAS DO HAVE AND RECOVER FURTHER ORDER IT FROM SAID DEFENDANT ALL COSTS OF PROSECUTION FOR WHICH EXECUTION MAY ISSUE.

SIGNED AND ENTERED OF RECORD THIS 10th of June, 2015.

RIGHT THUMB                              SIGNATURE

JUDGE, COUNTY COURT AT LAW NO. CC11
BEXAR COUNTY, TEXAS

ORIGINAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CCC $$ | 83.00 | CLK $ | 40. | DA $ | 25.00 | JF | 15.00 | JURY $ | 20.00 |
| RMP $ | 22.50 | CS $ | 3.00 | TP $ | 25.00 | EMSTF | 100.00 | JR $ | 4.00 |
| CCRMF $ | 2.50 | JSF $ | 6.00 | DGCRT $ | 60.00 | INDIG $ | 2.00 | CRTCH $ | 4.00 |
| FINE $ | 1250.00 | EFF-CIV | 5.00 | PEACE OF | 20.00 | | | | |

                                                        **TOTAL**  1,687.00

# THE STATE OF TEXAS

# COUNTY OF BEXAR            CERTIFICATE

I, GERARD RICKHOFF, CLERK OF THE COUNTY AT LAW NO. <u>CC11</u>, OF BEXAR COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE JUDGMENT OF CONVICTION AND SENTENCE IN THE CAUSE STYLED, THE STATE OF TEXAS VS. <u>EDWARD JOHN MORENO</u> AND BEING NO. <u>441613</u> IN THE CRIMINAL DOCKET OF SAID COURT, AND AS APPEARS IN THE CRIMINAL MINUTES OF SAID COURT IN SUCH CAUSE.

IN TESTIMONY WHEREOF WITNESS MY HAND AND OFFICIAL SEAL IN THE COUNTY OF BEXAR, TEXAS, ON THIS THE <u>10th of June</u>, <u>2015</u>.



                                        GERARD RICKHOFF
                              CLERK, COUNTY COURT AT LAW NO. <u>CC11</u>
                                        BEXAR COUNTY, TEXAS

BY: _____ DEPUTY

# SHERIFF'S RETURN

Came to hand the _____ day of _____, A.D. 20____.
And executed the _____ day of _____, A.D. 20____.
By _____

_____

                                        _____
                                        SHERIFF, BEXAR COUNTY, TEXAS

                              BY _____ Deputy